IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| CAPITOL SPECIALTY INSURACNE CORPORATION,<br><br>  Plaintiff,<br><br>vs.<br><br>BIG SKY DIAGNOSTIC IMAGING, LLC,<br><br>  Defendant. | CV 17-54-BLG-SPW-TJC<br><br>**ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE** |

Plaintiff has filed an Unopposed Motion to Reset the Preliminary Pretrial Conference. (Doc. 7.) Good cause appearing, IT IS HEREBY ORDERED that the Preliminary Pretrial Conference currently scheduled for August 31, 2017 at 11:00 a.m. is VACATED and reset for **September 14, 2017 at 11:00 a.m.**

All other deadlines and requirements set forth in the Court's July 14, 2017 Preliminary Pretrial Conference Order remain in effect. (*See* Doc. 4.)

SO ORDERED.

DATED this 17th day of August, 2017.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge