UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| CAPITOL SPECIALTY INSURANCE CORPORATION, <br><br> Plaintiff, <br><br> vs. <br><br> BIG SKY DIAGNOSTIC IMAGING, INC., <br><br> Defendant. | Case No. CV-17-54-SPW-TJC <br><br> JUDGMENT IN A CIVIL CASE |

**X**     **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

Judgment is entered in favor of plaintiff Capitol Specialty Insurance Corporation and against defendant Big Sky Diagnostic Imaging Corporation, Inc. as stated in the Court's Order E.C.F. 50.

Dated this 18th day of March, 2019.

                               TYLER P. GILMAN, CLERK

                               By: /s/ E.Hamnes
                               E.Hamnes , Deputy Clerk