Gerry P. Fagan
Adam J. Tunning
MOULTON BELLINGHAM PC
27 North 27th Street, Suite 1900
P. O. Box 2559
Billings, Montana 59103-2559
Telephone: (406) 248-7731
Fax: (406) 248-7889
Gerry.Fagan@moultonbellingham.com
Adam.Tunning@moultonbellingham.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| CAPITOL SPECIALTY INSURANCE CORPORATION, | Case No. CV-17-54-BLG-TJC |
|---|---|
| Plaintiff, | |
| -vs- | AFFIDAVIT OF HARLAND WESTGATE |
| BIG SKY DIAGNOSTIC IMAGING, LLC, | |
| Defendant. | |

STATE OF __VA__ )
: ss.
County of __Arlington__ )

HARLAND WESTGATE, duly sworn upon his oath, deposes and states as follows:



EXHIBIT 1

1. I am employed as a Senior Litigation Specialist for Capitol Specialty Insurance Corporation ("Capitol Specialty").

2. I was the claims representative assigned by Capitol Specialty to handle the defense of the malpractice suit brought by Patricia and Greg Harby. I have reviewed the billing that was incurred on behalf of Big Sky Diagnostic Imaging, LLC ("Big Sky") in that lawsuit. I am knowledgeable about the defense provided by Capitol Specialty and the amount of money that Capitol Specialty paid in fees and costs to provide that defense to Big Sky in that matter.

3. Capitol Specialty provided and paid for Montana defense counsel to represent Big Sky in the Harby matter, including the payment of any costs incurred in that defense. Capitol Specialty retained the Crowley Fleck firm to represent Big Sky. The primary Crowley Fleck attorneys who worked on the matter were Jill Laslovich and Christopher Oliveira.

4. The total amount of attorney fees and costs that Capitol Specialty paid for the defense of Big Sky in the Harby malpractice case was $388,047.93.

5. Capitol Specialty seeks recoupment of those fees and costs paid.

6. Capitol Specialty produced in discovery in this case the entire fee statements from the Crowley Fleck firm for its defense of Big Sky in the Harby lawsuit.

\\

\\

\\

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

DATED this 20 day of March, 2019.

_[signature]_
HARLAND WESTGATE

SUBSCRIBED AND SWORN to before me this 20th day of March, 2019.

_Cynthia M. Williams_
Signature
_Cynthia M. Williams_
Printed Name of Notary
Notary Public for the State of VA
Residing at 1401 Wilson Blvd, Ste 700, Arlington,
My Commission expires: 11/30/2019   VA 22209
MM/DD/YYYY

4825-9158-6439, v. 1