# CROWLEY FLECK PLLP
## ATTORNEYS

Invoice Date: July 16, 2018
Invoice Number: 853221
Matter Number: 019182 - 000019   Atty:   CKO
RE: Harby v. Big Sky Diagnostic Medmal Defense
    Claim No. 182183
    File No. 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

| | |
|---|---:|
| Previous Balance | $0.00 |
| *Less Payments* | *($0.00)* |
| Current Services | $48.00 |
| Current Disbursements | $0.00 |
| **Total Balance Due** | **$48.00** |

Capitol Indemnity Corporation
Attn: Harland Westgate
Senior Litigation Specialist
1401 Wilson Blvd, Suite 700
Arlington, VA 22209

Amount Remitted $ _____

PLEASE REMIT TO: P.O. Box 30441  Billings, MT 59107                              Please return this top portion with payment

## PROFESSIONAL SERVICES

| Date | Person | Description | Hours | Amount |
|---|---|---|---|---|
| 06/08/2018 | CKO | Subject to the joint defense agreement, review request for information from Dr. Cole's attorney and respond accordingly with the requested information. | 0.20 | $48.00 |
| | | Total Professional Services | 0.20 | $48.00 |
| | | **Total Due Current Statement** | | **$48.00** |
| | | **Total Balance Due** | | **$48.00** |


EXHIBIT A

Payment in full is due upon receipt of this statement.  Interest charges may be assessed on accounts delinquent more than 60 days.
Crowley Fleck PLLP  |  Tax ID No 81-0122795  |  www.crowleyfleck.com  |  406-255-7207



**CROWLEY FLECK** PLLP
ATTORNEYS

Invoice Date: September 18, 2018
Invoice Number: 857927
Matter Number: 019182 - 000019  Atty: CKO
RE: Harby v. Big Sky Diagnostic Medmal Defense
  Claim No. 182183
  File No. 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

|  |  |
|---|---|
| Previous Balance | $48.00 |
| *Less Payments* | *($0.00)* |
| Current Services | $24.00 |
| Current Disbursements | $0.00 |
| **Total Balance Due** | **$72.00** |

Capitol Indemnity Corporation
Attn: Harland Westgate
Senior Litigation Specialist
1401 Wilson Blvd, Suite 700
Arlington, VA 22209

**Amount Remitted $** _____

PLEASE REMIT TO: P.O. Box 30441 Billings, MT 59107

Please return this top portion with payment

## PROFESSIONAL SERVICES

| Date | Person | Description | Hours | Amount |
|---|---|---|---|---|
| 08/06/2018 | CKO | Review and respond to email from Rob Sterup (attorney for BSDI in federal court case) regarding no payment for dismissal with prejudice and no dispositive rulings prior to dismissal with prejudice. | 0.10 | $24.00 |
|  |  | Total Professional Services | 0.10 | $24.00 |
|  |  | **Total Due Current Statement** |  | **$24.00** |
|  |  | **Total Balance Due** |  | **$72.00** |

Payment in full is due upon receipt of this statement. Interest charges may be assessed on accounts delinquent more than 60 days.
Crowley Fleck PLLP | Tax ID No 81-0122795 | www.crowleyfleck.com | 406-255-7207



**CROWLEY**
**FLECK** PLLP
ATTORNEYS

Invoice Date: October 11, 2018
Invoice Number: 859952
Matter Number: 019182 - 000019    Atty:    CKO
RE: Harby v. Big Sky Diagnostic Medmal Defense
Claim No. 182183
File No. 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

| | |
|---|---:|
| Previous Balance | $72.00 |
| *Less Payments* | *($0.00)* |
| Current Services | $0.00 |
| Current Disbursements | $1,600.00 |
| **Total Balance Due** | **$1,672.00** |

Capitol Indemnity Corporation
Attn: Harland Westgate
Senior Litigation Specialist
1401 Wilson Blvd, Suite 700
Arlington, VA 22209

**Amount Remitted $** _____

PLEASE REMIT TO: P.O. Box 30441 Billings, MT 59107                          Please return this top portion with payment

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---:|
| 09/27/2018 | Billings Clinic - Department of Neurosciences- deposition of Michelle Proper deposition | $1,600.00 |
| | Total Disbursements | $1,600.00 |
| | **Total Due Current Statement** | **$1,600.00** |
| | **Total Balance Due** | **$1,672.00** |

**Payment in full is due upon receipt of this statement. Interest charges may be assessed on accounts delinquent more than 60 days.**
**Crowley Fleck PLLP | Tax ID No 81-0122795 | www.crowleyfleck.com | 406-255-7207**