IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| CAPITOL SPECIALTY INSURACNE CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>BIG SKY DIAGNOSTIC IMAGING, LLC,<br><br>Defendant. | CV 17-54-BLG-SPW-TJC<br><br>**ORDER** |

Pursuant to stipulation and joint motion of the parties (Doc. 70), IT IS ORDERED that:

1. The Declaration of Dr. Jesse Cole, Exhibit A to the Stipulation of the Parties, shall be deemed filed for the Court's consideration on the reasonableness of fee award.

2. The Declaration of J. Daniel Hoven, Exhibit B, shall be deemed filed for the Court's consideration on the reasonableness of fee award, provided further that the Hoven fee invoices shall be separately filed under seal as Confidential documents under the confidentiality stipulation of the Parties and Local Rule 5.1.

3. Hannah Stone, Esq., may testify by video conference should BSDI so elect. **If BSDI elects to present Ms. Stone's testimony by video conference,**

**BSDI is required to make the necessary arrangements with the Court in advance of the hearing.**

4. Ms. Stone may submit a rebuttal to the January 10, 2020 expert report of CSIC on or before January 16, 2020.

5. BSDI does not dispute the following *Plath* factors: (6) the attorneys' character and standing in their profession, (7) the results secured by the services of the attorneys.

DATED this 14th day of January, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge